IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Kevin Earl Mock and Trudy Lynn Mock

    Debtor(s).

CASE NO. 11-07830-CED
CHAPTER 7

_____/

### AFFIDAVIT AS TO SURRENDERED PROPERTY

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, this day personally appeared _Wayne B Spivak_ "Affiant", who upon oath, deposes on personal knowledge and says:

1. I am an attorney for Florida Default Law Group, the law firm that filed the Motion for Relief from Stay on behalf of WELLS FARGO BANK, NA in this case.

2. This Affidavit is being filed in support of the Motion for Relief from Stay filed in this action by Movant, WELLS FARGO BANK, NA, its Successors and/or Assigns.

3. The Affiant has reviewed the Schedules filed in this case. According to the Statement of Intention, the Debtor(s) has agreed to surrender the collateral that secures the Movant's Note and Mortgage, to wit, real property located at: 3635 Woodmont Drive, Sarasota, FL 34232.

4.  This concludes my affidavit.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant

_____
Print or Type Name

Wayne B. Spivak

THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED before me this 29th day of April, 2011, BY Wayne B. Spivak WHO IS PERSONALLY KNOWN TO ME AND WHO DID TAKE AN OATH.

_____
NOTARY PUBLIC
My Commission Expires:



ELIZABETH A. LOOKER
MY COMMISSION # EE 034149
EXPIRES: February 12, 2015
Bonded Thru Notary Public Underwriters

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing AFFIDAVIT AS TO SURRENDERED PROPERTY has been furnished by regular U. S. Mail to all parties listed below on this 29 day of April, 2011.

Kevin Earl Mock
7368 S Tamiami Trail
Sarasota, FL  34231

Trudy Lynn Mock
3635 Woodmont Dr
Sarasota, FL  34232

I HEREBY CERTIFY that a copy of the foregoing AFFIDAVIT AS TO SURRENDERED PROPERTY has been furnished by Electronic Mail to all parties listed below on this 29 day of April, 2011.

Larry S. Hyman, Trustee
ECF Service
P.O. Box 18625
Tampa, FL  33679

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3312
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/  WAYNE SPIVAK
Wayne B. Spivak
Florida Bar No. 38191
ATTORNEY FOR WELLS FARGO BANK, NA