IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Kevin Earl Mock and Trudy Lynn Mock

    Debtor(s),                        CASE NO.: 11-07830-CED
                                                                 CHAPTER: 7

_____/

**REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

       COMES NOW, WELLS FARGO BANK, NA, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******8975 and related to the property described as 3635 Woodmont Drive, and files this Request for Notice AND Request to be Added to Creditor's Matrix. The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

       The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766 Ext: 3312
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/ WAYNE SPIVAK
Wayne B. Spivak
Florida Bar No. 38191
ATTORNEY FOR WELLS FARGO BANK, NA