FILED VIA MAIL
MAY 19 2011
CLERK, U.S. BANKRUPTCY COURT (MIDDLE DISTRICT OF FLORIDA)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida, Tampa Division

In Re: __Mock, Kevin Earl and Trudy Lynn__          Case No. __8:11-bk-07830-CED__
            Debtor                                                                                    (if known)

                                           Chapter     7

### DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:

☒ I, __Kevin Earl Mock__ the debtor in the above-styled case, hereby
    (Printed Name of Debtor)

certify that on __5-13-11__ I completed an instructional course in personal financial management
           (Date)

provided by __Family Life Resources__ , an approved personal financial
           (Name of Provider)

management provider.

Certificate No.: __03915-FLM-DE-014841577__

☐ I, _____ the debtor in the above-styled case, hereby
    (Printed Name of Debtor)
certify that no personal financial management course is required, because of [Check the appropriate box.]:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or the bankruptcy administrator) has determined that
the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: __5-13-11__

Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

Filing Deadlines; In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

MAY 19 2011

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

Certificate Number: 03915-FLM-DE-014841577

Bankruptcy Case Number: 11-07830



03915-FLM-DE-014841577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2011</u>, at <u>3:17</u> o'clock <u>PM EDT</u>, <u>Kevin Earl Mock</u> completed a course on personal financial management given <u>by internet</u> by <u>Family Life Resources, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>May 13, 2011</u>   By:  <u>/s/Mary K Dillman</u>  *Mary K Dillman*

Name:  <u>Mary K Dillman</u>

Digitally signed by Mary Dillman
DN: cn=Mary Dillman, Family Life Resources, ou,
email=mdillman@flrministry.com, c=US
Date: 2011.05.13 16:24:47 -04'00'

Title:  <u>Vice President</u>