FILED
TAMPA, FLORIDA

11 MAY 20 AM 10: 53

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Kevin Earl Mock and Trudy Lynn Mock,    CASE NO:    11-07830-CED

Debtors.    CHAPTER 7

_____/

## OBJECTION TO MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Debtors, KEVIN EARL MOCK and TRUDY LYNN MOCK, and would show the Court as follows:

1. The Debtors filed this action and are entitled to the automatic stay provisions of the Bankruptcy Code.

2. The Debtors have a short sale buyer for the Wells Fargo Bank, N.A. property located at 3635 Woodmont Drive, Sarasota, Florida 34232.

3. The Debtors for months have been attempting to complete a short sale with their buyer through their real estate agent with the Wells Fargo Bank, N.A. Short Sale Department.

4. Through information from Debtors' real estate agent, the Wells Fargo Bank, N.A. Short Sale Department is a completely separate department from the Foreclosure Division and the foreclosure attorneys in this action, i.e. Florida Default Law Group, P.L., are apparently not communicating with the Short Sale Department for Wells Fargo Bank.

5. Debtors object to the Release From Stay which would allow the foreclosure sale to proceed so that Debtors have time to complete their short sale and remove the real estate debt from their bankruptcy obligations and debts.

WHEREFORE, Debtors, KEVIN EARL MOCK and TRUDY LYNN MOCK, pray that this Court enter an Order Denying Relief From the Automatic Stay under 11 U.S.C. Section 362

(d) and prevent movant, WELLS FARGO, from proceeding with a foreclosure sale until the short sale matter is resolved.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that copies of the foregoing Objection to Motion for Relief From Stay has been furnished by regular U.S. Mail to: Larry S. Hyman, Trustee, P.O. Box 18625, Tampa, FL 33679 and Wayne Spivak, Esquire, Attorney for Wells Fargo Bank, N.A., Florida Default Law Group, P.L., P.O. Box 25018, Tampa, FL 33622-5018 and via fax to (813) 251-1541.

_____  5-19-11
KEVIN EARL MOCK

_____  5-19-11
TRUDY LYNN MOCK