IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Kevin Earl Mock and Trudy Lynn Mock

Debtor(s).

CASE NO. 11-07830-CED
CHAPTER 7

_____/

ORDER GRANTING WELLS FARGO BANK, NA'S
MOTION FOR RELIEF FROM STAY

This case is before the Court upon the Motion for Relief from Stay (Doc # 7) filed by WELLS FARGO BANK, NA ("Movant"), on April 29, 2011. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days from the date the Motion was entered on the docket. Upon review of the Motion and the Response filed by the Debtors (Doc # 13), the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED:**

1. The Motion for Relief from Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant and Movant may proceed with the foreclosure of its lien on the following property:

> **LOT 888, RIDGEWOOD ESTATES, 18TH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 23, PAGES 8, 8A AND 8B, INCLUSIVE, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.**

a/k/a 3635 Woodmont Drive, Sarasota, FL 34232

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue to prosecute through judgment, sale, certificate of title and possession, a foreclosure against the property described above.

5. Movant may pursue its relief in rem only and may not seek or obtain an in personam judgment against the Debtor(s).

6. It is further ordered that Movant may offer and provide Debtor(s) with information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor(s) provided the agreement complies with the Bankruptcy Code and all other applicable law. Movant, however, may not enforce or threaten to enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy.

DONE AND ORDERED at TAMPA Florida ON May 24, 2011.

_____
CARYL E. DELANO
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Kevin Earl Mock
7368 S Tamiami Trail
Sarasota, FL 34231

Trudy Lynn Mock
3635 Woodmont Dr
Sarasota, FL 34232

Larry S. Hyman, Trustee
P.O. Box 18625
Tampa, FL 33679

WELLS FARGO BANK, NA
3476 Stateview Boulevard, MAC# X7801-014
Ft. Mill, SC 29715

Wayne Spivak
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018


B11017267