6-3-11

Case # 8:11 bk-07830 CED

To Whom it may concern

Please correct my address, it should be:   Trudy Mock
1044 Marlin Lakes Cr #18203
Sarasota Fl   34232

I have lived at this address for the past 2 yrs. I filed a change of address with the postal service but I still get mail at my old address. If you have any questions please call me at 941 928 8801

Thank you

Trudy Mock

FILED VIA MAIL